1  Troy D. Monge, Esq.
   Law Offices of Troy D. Monge, APC
2  2300 E. Katella Ave, Suite 325
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Corine Carrasco Gonzales

8

9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA

11
   CORINE CARRASCO GONZALES,     ) No. 5:24-cv-01143-AS
12                               )
13      Plaintiff,               ) **[~~PROPOSED~~] ORDER AWARDING**
                                 ) **EQUAL ACCESS TO JUSTICE**
14      v.                       ) **ACT ATTORNEY FEES AND**
15                               ) **COSTS**
   MICHELLE KING[1], Acting      )
16 Commissioner of Social Security, )
17                               )
      Defendant.                 )
18                               )
19                               )

20      Based upon the parties' Stipulation for Award and Payment of Attorney

   Fees:
21
        IT IS ORDERED that the Commissioner shall pay attorney fees and
22
   expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in
23
   the amount of FOUR THOUSAND SIX HUNDRED FIFTY DOLLARS and NO
24
   CENTS ($4,650.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR
25

26
   _____
27 [1] Michelle King became the Acting Commissioner of Social Security on January
   20, 2024. Pursuant to Rule 25(d) of the Civil Procedure, Carolyn Colvin should be
28 substituted for Martin O'Malley as the defendant in this suit.  No further action
   need be taken to continue this suit by reason of the last sentence of section 205(g)
   of the Social Security Act, 42 U.S.C. § 405(g).

1

1  HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of

2  the above-referenced Stipulation.

3

4  Dated: February 18, 2025

_____/ s / Sagar_____

5  THE HONORABLE ALKA SAGAR

6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28